**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0976-20

ROBERT CROMWELL,

    Plaintiff-Respondent,

v.

AMERICAN MULTI-CINEMA,
INC., f/k/a AMC THEATERS OF
NEW JERSEY, INC., a/k/a/AMC
MULTI-CINEMA, INC., AMC
DEPTFORD 8, OUTDOOR
SOLUTIONS LANDSCAPE
CONTRACTORS, LLP, and DARE
LIVING ASSOCATES, INC.,

    Defendants-Respondents,

and

FERRANDINO AND SONS, INC.,

    Defendant-Appellant.

_____

Submitted December 6, 2021 – Decided December 14, 2021

Before Judges Fasciale and Sumners.

On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-1880-18.

Ahmuty, Demers, & McManus, attorneys for appellant Ferrandino and Sons, Inc. (Taimour T. Chaudhri and Christopher J. Conover, on the briefs).

Petrillo & Goldberg, PC, attorneys for respondent Robert Cromwell (Jeffrey M. Thiel, on the brief).

Law Offices of Michael J. Dunn, LLC, attorneys for respondent Outdoor Solutions Landscape Contractors, LLP (David Wisniewski, on the brief).

Zirulnik, Demille & Flynn, attorneys for respondent Dare Living Associates, Inc., join in the brief of respondents Robert Cromwell and Outdoor Solutions Landscape Contractors, LLP.

Weber Gallagher, attorneys for respondent American Multi-Cinema, Inc., join in the brief of respondent Robert Cromwell.

PER CURIAM

The parties having filed a stipulation of dismissal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-0976-20